NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

FETZER BROADCASTING
COMPANY, Respondent,

National Association of Broadcast
Employees and Technicians,
AFL–CIO, Intervenors.

No. 75–2423.

United States Court of Appeals,
Sixth Circuit.

March 15, 1976.

Elliott Moore, Deputy Associate Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

J. Michael Kemp, Howard & Howard, Kalamazoo, Mich., for respondent.

Sheldon L. Klimist, Samuel McKnight, Miller, Klimist, Cohen, Martens & Sugerman, P. C., Detroit, Mich., for intervenors.

Before PHILLIPS, Chief Judge, and PECK and LIVELY, Circuit Judges.

### ORDER

Upon application of the National Labor Relations Board for summary entry of a judgment enforcing orders of the Board entered in its Cases No. 7–CA–11403(A) and 7–CA–11403(B) and consideration of the answer of the respondent Fetzer Broadcasting Company to the application, the court concludes that the respondent failed to file a statement of exceptions to the proposed report and recommended order of the administrative law judge within 20 days from the date of the order transferring this case to the Board.

It is therefore ORDERED that the orders of the Board in Cases No. 7–CA–11403(A) and 7–CA–11403(B) dated August 26, 1975 and October 30, 1975 and published at —— NLRB —— and —— NLRB ——, be and they hereby are enforced.